Geoffrey A. Norris, State Bar No. 142782
**Law Office of Geoffrey A. Norris**
5 Harris Court, Building N, Suite 2
Monterey CA 93940
Tel: 831-649-3600
Fax: 831-656-1244
Email: g.norris@montereylegal.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MAYER, | Case No.: C10-01938 |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| CREDIT BUREAU OF THE MONTEREY PENINSULA, INC., | |
| Defendant. | |

IT IS STIPULATED BY AND BETWEEN THE ATTORNEY'S THAT:

The Case Management Conference currently set for August 13, 2010, in courtroom 10, 19th floor, at 2:30 p.m. is continued to September 24, 2010, in courtroom 10, 19th floor at 2:30 p.m.

Approved:

Dated: _____ /S/ Todd M. Friedman _____

Todd M. Friedman, Attorney for Plaintiff


Dated: _____ /S/ Geoffrey A. Norris _____

Geoffrey A. Norris, Attorney for Defendant

It is so Ordered.

Dated: _____ _[signature: Susan Illston]_____

Judge of the United States District Court

**Stipulation and Order**          1

**Case No. C10-01938**