IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| MELISSA MAYER, | No. C 10-01938 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CREDIT BUREAU OF THE MONTEREY PENINSULA, INC., | |
| Defendant. _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>February 18, 2011</u> at <u>3:00 p.m.</u>
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>April 29, 2011</u>.

DESIGNATION OF EXPERTS: <u>4/1/11</u>; REBUTTAL: <u>4/11/11</u>.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>April 29, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 18, 2011</u>;

        Opp. Due <u>April 1, 2011</u>;  Reply Due <u>April 8, 2011</u>;

        and set for hearing no later than <u>April 22, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 24, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 6, 2011</u> at <u>8:30 AM.</u>,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>2</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall occur prior to the end of 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge