1
2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

3
4

| | |
|---|---|
| **MELISSA MAYER,** | ) Case No. **3:10-CV-01938-SI** |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **CREDIT BUREAU OF THE MONTEREY PENINSULA, INC.,** | ) |
| | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this ____ day of January, 2011.

_____
The Honorable Susan Illston